AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

DANNY JAMES COHEA,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-cv-00679-RCJ-RAM**

ACCESS SECURE PAK and
KEEFE COMMISSARY NETWORK, LLC

     Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice as to all counts and all defendants.

  August 8, 2010                   **LANCE S. WILSON**
                                              Clerk

                                    /s/ Katie Lynn Ogden
                                        Deputy Clerk